MICHAEL FAILLACE & ASSOCIATES, P.C.
Michael Faillace [MF-8436]
110 East 59th Street, 32nd Floor
New York, New York 10022
(212) 317-1200
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
GONZALO GUZMAN, JUSTINO TELLEZ, ABEL
HERNANDEZ, SALUSTRIO DE LOS SANTOS,
GILBERTO SANTOS, ARTURO NAVARRO, JUAN
CAMACHO, ALEJANDRO SANTOS, and MIGUEL
PAZ, *individually and on behalf of others similarly
situated*,

                                       07 CV 8064 (GWG)(LAP)
                           *Plaintiffs,*

       -against-

ENERGY KITCHEN, INC., ENERGY KITCHEN
SECOND AVENUE CORP., ENERGY KITCHEN-
VILLAGE, INC., ENERGY KITCHEN 57TH STREET,
INC., ENERGY KITCHEN-CHELSEA, INC., PINK
SHOELACES, INC., ANTHONY LEONE,

                           *Defendants.*
-----------------------------------------------------------X

       Gilberto Santos voluntarily dismisses all individual claims against Defendants, without prejudice. Plaintiffs' counsel did not submit this voluntary dismissal pursuant to FRCP §§ 41(a)(1) and 41.34 by stipulation because counsel for defendants has not yet appeared.

Dated: New York, New York
       September 28, 2007

                                                          Michael Faillace
                                                          _____
                                                          Michael Faillace & Associates PC
                                                          110 E. 59th Street, 32nd Floor
                                                          New York, New York 10022
                                                          *Counsel for Plaintiffs*

SO ORDERED:

_____
U.S.D.J.