UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
GONZALO GUZMAN, et. al.,

                    Plaintiffs,

        - against -

ENERGY KITCHEN, INC., et. al.

                    Defendants.
------------------------------------------------------------------X

**NOTICE OF APPEARANCE**

07-CIV-8064 (GEL) (GWG)

**PLEASE TAKE NOTICE** that the undersigned RUSKIN MOSCOU FALTISCHEK, P.C., by Jeffrey M. Schlossberg, hereby appears in the above-captioned action as counsel for defendants ENERGY KITCHEN, INC., ENERGY KITCHEN SECOND AVENUE CORP., ENERGY KITCHEN-VILLAGE, INC., ENERGY KITCHEN 57TH STREET, INC., ENERGY KITCHEN-CHELSEA, INC., PINK SHOELACES, INC., ANTHONY LEONE.  Request is hereby made for service of all papers, subsequent to this notice, in the above-captioned action.

Dated: Uniondale, New York
       October 3, 2007

                            Respectfully submitted,

                            **RUSKIN MOSCOU FALTISCHEK, P.C.**

                            By: _____
                                Jeffrey M. Schlossberg
                                1425 RexCorp Plaza
                                East Tower, 15th Floor
                                Uniondale, New York 11556
                                (516) 663-6600
                                *Attorney for Defendants*

399456