UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GONZALO GUZMAN, et. al.,

                     Plaintiffs,

        - against -

ENERGY KITCHEN, INC., et. al.

                     Defendants.
------------------------------------------------------------X

**STIPULATION AND ORDER**

07-CIV-8064 (GEL) (GWG)

      **IT IS HEREBY STIPULATED, ORDERED AND AGREED**, by and between the undersigned parties, by their respective counsel, that defendants' time to answer, move or otherwise respond to the Complaint in this action is extended through and until October 31, 2007. This Stipulation may be signed in counterparts and a facsimile copy shall be sufficient for all purposes.

Dated: October 3, 2007
       Uniondale, New York

MICHAEL FAILLACE & ASSOCIATES

By:_____
    Michael Faillace
    Attorney for Plaintiffs
    110 E. 59th Street
    32nd Floor
    New York, New York 10022
    Tel: (212) 317-1200

RUSKIN MOSCOU FALTISCHEK, P.C.

By:_____
    Jeffrey M. Schlossberg
    Attorney for Defendants
    1425 RexCorp Plaza
    East Tower – 15th Floor
    Uniondale, New York 11556
    (516) 663-6600

SO ORDERED:

_____
    U.S.D.J.

10/9/07
_____
    Date

399415