UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
GONZALO GUZMAN, et. al.,

                     Plaintiffs,

    - against -

ENERGY KITCHEN, INC., et. al.

                     Defendants.
------------------------------------------------------------------X

**NOTICE OF APPEARANCE**

07-CIV-8064 (GEL) (GWG)

      **PLEASE TAKE NOTICE** that the undersigned RUSKIN MOSCOU FALTISCHEK, P.C., by Kimberly B. Malerba, hereby appears in the above-captioned action as counsel for defendants ENERGY KITCHEN, INC., ENERGY KITCHEN SECOND AVENUE CORP., ENERGY KITCHEN-VILLAGE, INC., ENERGY KITCHEN 57TH STREET, INC., ENERGY KITCHEN-CHELSEA, INC., PINK SHOELACES, INC., ANTHONY LEONE. Request is hereby made for service of all papers, subsequent to this notice, in the above-captioned action.

Dated: Uniondale, New York
       October 19, 2007

                                                Respectfully submitted,

                                                **RUSKIN MOSCOU FALTISCHEK, P.C.**

                                        By: _____
                                            Kimberly B. Malerba
                                            1425 RexCorp Plaza
                                            East Tower, 15th Floor
                                            Uniondale, New York 11556
                                            (516) 663-6600
                                            *Attorney for Defendants*

401023