OCT-26-2007 10:02 From:

To:15166636754   P.2/2

Lynch 5

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/2/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
GONZALO GUZMAN, et. al.,

                Plaintiffs,

    - against -

ENERGY KITCHEN, INC., et. al.

                Defendants.
------------------------------------------------X

**STIPULATION AND ORDER**

07-CIV-8064 (GEL) (GWG)

IT IS HEREBY STIPULATED, ORDERED AND AGREED, by and between the undersigned parties, by their respective counsel, that defendants' time to answer, move or otherwise respond to the Complaint in this action is extended through and until November 15, 2007. This Stipulation may be signed in counterparts and a facsimile copy shall be sufficient for all purposes.

Dated: October 23, 2007
      Uniondale, New York

MICHAEL FAILLACE & ASSOCIATES

By: _____
Michael Faillace
Attorney for Plaintiffs
110 E. 59th Street
32nd Floor
New York, New York 10022
Tel: (212) 317-1200

RUSKIN MOSCOU FALTISCHEK, P.C.

By: _____
Jeffrey A. Schoenberg
Attorney for Defendants
1425 RexCorp Plaza
East Tower – 15th Floor
Uniondale, New York 11556
(516) 663-6600

SO ORDERED:

_____
U.S.D.J.

401574   10/29/07

_____
Date