UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
GONZALO GUZMAN, et. al.,

                          Plaintiffs,

    - against -

ENERGY KITCHEN, INC., et. al.

                          Defendants.
------------------------------------------------------------------X

**RULE 7.1 STATEMENT**

07-CIV-8064 (GEL) (GWG)

       Pursuant to Fed.R.Civ.P. 7.1, each of the defendant entities make the following statement: ENERGY KITCHEN, INC., ENERGY KITCHEN SECOND AVENUE CORP., ENERGY KITCHEN-VILLAGE, INC., ENERGY KITCHEN 57TH STREET, INC., ENERGY KITCHEN-CHELSEA, INC., and PINK SHOELACES, INC. has no parent corporation nor any publicly held corporation that owns more than ten percent of its stock.

Dated: Uniondale, New York
       November 15, 2007

                                                 RUSKIN MOSCOU FALTISCHEK, P.C.

                                                 By: _____
                                                    Jeffrey M. Schlossberg
                                                    Kimberly B. Malerba
                                                    Attorney for Defendants
                                                    East Tower, 15th Floor
                                                    1425 RexCorp. Plaza
                                                    Uniondale, New York 11556
                                                    (516) 663-6600

#403672\1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
GONZALO GUZMAN, et. al.,

                               Plaintiffs,

- against -

ENERGY KITCHEN, INC., et. al.

                               Defendants.
------------------------------------------------------------------------X

**CERTIFICATE OF SERVICE**

07-CIV-8064 (GEL) (GWG)

      I HEREBY CERTIFY that on this November 15, 2007, a copy of the annexed RULE 7.1 STATEMENT was served upon the within listed parties by mailing same in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the United States Postal Service within the State of New York, addressed to the last known address of the addressee as

Michael Faillace, Esq.
MICHAEL FAILLACE & ASSOCIATES, P.C.
110 East 59th Street, 32nd Floor
New York, New York 10022
(212) 317-1200

_____
Kimberly B. Malerba
Ruskin Moscou Faltischek, P.C.
1425 RexCorp Plaza
East Tower, 15th Floor
Uniondale, New York 11556
(516) 663-6600