UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

GONZALO GUZMAN, JUSTINO TELLEZ, ABEL HERNANDEZ, SALUSTRIO DE LOS SANTOS, GILBERTO SANTOS, ARTURO NAVARRO, JUAN CAMACHO, ALEJANDRO SANTOS, and MIGUEL PAZ, *individually and on behalf of others similarly situated*,

                *Plaintiffs*,

-against-

ENERGY KITCHEN, INC., ENERGY KITCHEN SECOND AVENUE CORP., ENERGY KITCHEN-VILLAGE, INC., ENERGY KITCHEN 57TH STREET, INC., ENERGY KITCHEN-CHELSEA, INC., PINK SHOELACES, INC., ANTHONY LEONE,

                *Defendants*.
-------------------------------------------------------------X

07 CV 8064 (GWG)(LAP)

COMPLAINT

CONSENT TO JOIN LAWSUIT

CONSENTIMIENTO
PARA HACER
PARTE DE UNA DEMANDA

TO:   Clerk of Court, Southern District of New York
       500 Pearl Street, New York, New York 10007

I hereby consent to join this lawsuit as a party plaintiff.
**(Yo, por medio de este documento, doy mi consentimiento para formar parte de la demanda como uno de los demandantes.)**

Name / Nombre: Abel Hernandez

Address / Direccion: 30-44 44th St, Apt 1g

Queens, NY 11103

Phone Number / Numero de Teléfono: 347-831-3580

Legal Representative / Abogado: Michael Faillace & Associates, P.C.

Other / Otro: N/A

Signature / Firma: *[signature]*

Date / Fecha: 11/16/2007