UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

| | |
|---|---|
| GONZALO GUZMAN, JUSTINO TELLEZ, ABEL HERNANDEZ, SALUSTRIO DE LOS SANTOS, GILBERTO SANTOS, ARTURO NAVARRO, JUAN CAMACHO, ALEJANDRO SANTOS, and MIGUEL PAZ, *individually and on behalf of others similarly situated*, | 07 CV 8064 (GWG)(LAP) |
| | COMPLAINT |
| *Plaintiffs*, -against- | |
| ENERGY KITCHEN, INC., ENERGY KITCHEN SECOND AVENUE CORP., ENERGY KITCHEN-VILLAGE, INC., ENERGY KITCHEN 57TH STREET, INC., ENERGY KITCHEN-CHELSEA, INC., PINK SHOELACES, INC., ANTHONY LEONE, | **CONSENT TO JOIN LAWSUIT** **CONSENTIMIENTO PARA HACER PARTE DE UNA DEMANDA** |
| *Defendants*. | |

------------------------------------------------------------X

TO:  Clerk of Court, Southern District of New York
     500 Pearl Street, New York, New York 10007

I hereby consent to join this lawsuit as a party plaintiff.
**(Yo, por medio de este documento, doy mi consentimiento para formar parte de la demanda como uno de los demandantes.)**

| | |
|---|---|
| Name / Nombre: | Arturo Navarro |
| Address / Direccion: | 2550 Olinville Ave. |
| | Bronx, NY  10467 |
| Phone Number / Numero de Teléfono: | 646-660-2212 |
| Legal Representative / Abogado: | <u>Michael Faillace & Associates, P.C.</u> |
| Other / Otro: | N/A |
| Signature / Firma: | *[signature]* |
| Date / Fecha: | 11/16/2007 |