UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

GONZALO GUZMAN, JUSTINO TELLEZ, ABEL HERNANDEZ, SALUSTRIO DE LOS SANTOS, GILBERTO SANTOS, ARTURO NAVARRO, JUAN CAMACHO, ALEJANDRO SANTOS, and MIGUEL PAZ, *individually and on behalf of others similarly situated*,

                           *Plaintiffs*,

-against-

ENERGY KITCHEN, INC., ENERGY KITCHEN SECOND AVENUE CORP., ENERGY KITCHEN-VILLAGE, INC., ENERGY KITCHEN 57TH STREET, INC., ENERGY KITCHEN-CHELSEA, INC., PINK SHOELACES, INC., ANTHONY LEONE,

                           *Defendants.*

------------------------------------------------------------X

07 CV 8064 (GWG)(LAP)

COMPLAINT

**CONSENT TO JOIN LAWSUIT**

**CONSENTIMIENTO PARA HACER PARTE DE UNA DEMANDA**

TO:   Clerk of Court, Southern District of New York
        500 Pearl Street, New York, New York 10007

I hereby consent to join this lawsuit as a party plaintiff.
**(Yo, por medio de este documento, doy mi consentimiento para formar parte de la demanda como uno de los demandantes.)**

Name / Nombre: Salvador Villegas

Address / Direccion: 51-97 Codwise Place, 3rd floor

Queens, NY 11373

Phone Number / Numero de Teléfono:

Legal Representative / Abogado:

Other / Otro: Michael Faillace & Associates, P.C.

N/A

Signature / Firma: *[signature]*

Date / Fecha: 11/14/2007