UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

GONZALO GUZMAN, JUSTINO TELLEZ, ABEL HERNANDEZ, SALUSTRIO DE LOS SANTOS, GILBERTO SANTOS, ARTURO NAVARRO, JUAN CAMACHO, ALEJANDRO SANTOS, and MIGUEL PAZ, *individually and on behalf of others similarly situated*,

      *Plaintiffs*,

 -against-

ENERGY KITCHEN, INC., ENERGY KITCHEN SECOND AVENUE CORP., ENERGY KITCHEN-VILLAGE, INC., ENERGY KITCHEN 57TH STREET, INC., ENERGY KITCHEN-CHELSEA, INC., PINK SHOELACES, INC., ANTHONY LEONE,

      *Defendants.*
------------------------------------------------------------X

07 CV 8064 (GWG)(LAP)

**COMPLAINT**

**CONSENT TO JOIN LAWSUIT**

**CONSENTIMIENTO PARA HACER PARTE DE UNA DEMANDA**

TO: Clerk of Court, Southern District of New York
   500 Pearl Street, New York, New York 10007

I hereby consent to join this lawsuit as a party plaintiff.
**(Yo, por medio de este documento, doy mi consentimiento para formar parte de la demanda como uno de los demandantes.)**

Name / Nombre:  Juan Pablo Camacho

Address / Direccion:  108-68 45th Ave.

Corona, NY 11368

Phone Number / Numero de Teléfono:  347-886-2577

Legal Representative / Abogado:  Michael Faillace & Associates, P.C.

Other / Otro:  N/A

Signature / Firma:  *[signed] Juan Pablo*

Date / Fecha:  11/16/2007