UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――X
GONZALO GUZMAN, JUSTINO
TELLEZ, ABEL HERNANDEZ,
SALUSTRIO DE LOS SANTOS,
ARTURO NAVARRO, JUAN               :    **SUBSTITUTION OF COUNSEL**
CAMACHO, ALEJANDRO SANTOS
and MIGUEL PAZ,                    :    07 Civ 8064 (Lynch, J.)
        Plaintiffs,

   -against-

ENERGY KITCHEN, INC., ENERGY
KITCHEN SECOND AVENUE CORP.
ENERGY KITCHEN- VILLAGE, INC.,
ENERGY KITCHEN-57TH STREET, INC.,
ENERGY KITCHEN CHELSEA, INC.,
PINK SHOELACES, INC., ANTHONY
LEONE,
        Defendants.
―――――――――――――――――――――X

Notice is hereby given that, subject to approval by the court, all Defendants herein, hereby substitute Meltzer, Lippe, Goldstein & Breitstone, LLP, by Richard M. Howard (RH-2932) as counsel of record in place of Ruskin Moscou Faltischek, PC

    Contact information for new counsel is as follows:
        Meltzer, Lippe, Goldstein & Breitstone, LLP
        190 Willis Avenue
        Mineola, New York 11501
        (516) 747-0300 (telephone)
        (516) 747-2956 (facsimile)

I consent to the above substitution.

Date: 11/30/07

By _____
On behalf of Anthony Leone, individually
and on behalf of all corporate Defendants

Ruskin Moscou Faltischek, P.C.

I consent to being substituted.

Date: 12/17/07

By: _____
Jeffrey M. Schlossberg, Esq.

I consent to the above substitution.

Date: 12/17/07

_____
Richard M. Howard, Esq.

The substitution of attorney is hereby approved and so ORDERED.

Date: _____          _____

419056-1