UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X
GONZALO GUZMAN, JUSTINO
TELLEZ, ABEL HERNANDEZ,                :
SALUSTRIO DE LOS SANTOS,
ARTURO NAVARRO, JUAN                   :     NOTICE OF APPEARANCE
CAMACHO, ALEJANDRO SANTOS
and MIGUEL PAZ,                        :     07 Civ 8064 (Lynch, J.)
              Plaintiffs,
                                       :
   -against-
                                       :
ENERGY KITCHEN, INC., ENERGY
KITCHEN SECOND AVENUE CORP.            :
ENERGY KITCHEN- VILLAGE, INC.,
ENERGY KITCHEN-57TH STREET, INC.,      :
ENERGY KITCHEN CHELSEA, INC.,
PINK SHOELACES, INC., ANTHONY          :
LEONE,
              Defendants.             :
_____X

**IT IS HEREBY CONSENTED** that Richard M. Howard, Esq. of Meltzer, Lippe, Goldstein & Breitstone, LLP hereby appears on behalf of all of the defendants in the above entitled action.

Dated: December 18, 2007
      Mineola, New York

                                    /s/ Richard M. Howard         ..
                                    Richard M. Howard (RMH-2932)
                                    Meltzer, Lippe, Goldstein & Breitstone, LLP
                                    190 Willis Avenue
                                    Mineola, NY 11501
                                    (516) 747-0300

iManage:419787.1