**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

GONZALO GUZMAN, JUSTINO TELLEZ,        07 CV 8064 (GWG)(LAP)

ABEL HERNANDEZ, SALUSTRIO DE LOS

SANTOS, GILBERTO SANTOS, ARTURO

NAVARRO, JUAN CAMACHO, ALEJANDRO

SANTOS, and MIGUEL PAZ, *individually and on*

*behalf of others similarly situated*,

                      *Plaintiffs*,                              **CONSENT TO JOIN LAWSUIT**
    -against-

                                                       **CONSENTIMIENTO**
ENERGY KITCHEN, INC., ENERGY KITCHEN    **PARA HACER**
SECOND AVENUE CORP., ENERGY             **PARTE DE UNA DEMANDA**
KITCHEN-VILLAGE, INC., ENERGY
KITCHEN 57TH STREET, INC., ENERGY
KITCHEN-CHELSEA, INC., PINK
SHOELACES, INC., ANTHONY LEONE,

                        *Defendants*.
------------------------------------------------------------X

TO:    Clerk of Court, Southern District of New York
         500 Pearl Street, New York, New York 10007

I hereby consent to join this lawsuit as a party plaintiff.
**(Yo, por medio de este documento, doy mi consentimiento para formar parte de la demanda como uno de los demandantes.)**

| | |
|---|---|
| Name / Nombre: | Miguel Paz |
| Address / Direccion: | 104-19 88 th Ave. |
| | Queens, NY 11418 |
| Phone Number / Numero de Teléfono: | Michael Faillace & Associates, P.C. |
| | N/A |
| Legal Representative / Abogado: | |
| Other / Otro: | |
| Signature / Firma: | [signature] |
| Date / Fecha: | 8/18/08 |