**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

| | |
|---|---|
| GONZALO GUZMAN, JUSTINO TELLEZ, ABEL HERNANDEZ, SALUSTRIO DE LOS SANTOS, GILBERTO SANTOS, ARTURO NAVARRO, JUAN CAMACHO, ALEJANDRO SANTOS, and MIGUEL PAZ, *individually and on behalf of others similarly situated*, <br><br>  *Plaintiffs*, <br> -against- <br><br> ENERGY KITCHEN, INC., ENERGY KITCHEN SECOND AVENUE CORP., ENERGY KITCHEN-VILLAGE, INC., ENERGY KITCHEN 57TH STREET, INC., ENERGY KITCHEN-CHELSEA, INC., PINK SHOELACES, INC., ANTHONY LEONE, <br><br>  *Defendants*. | 07 CV 8064 (GWG)(LAP) <br><br><br><br><br><br> **CONSENT TO JOIN LAWSUIT** <br><br> **CONSENTIMIENTO PARA HACER PARTE DE UNA DEMANDA** |

------------------------------------------------------------X

TO:   Clerk of Court, Southern District of New York
      500 Pearl Street, New York, New York 10007

I hereby consent to join this lawsuit as a party plaintiff.
**(Yo, por medio de este documento, doy mi consentimiento para formar parte de la demanda como uno de los demandantes.)**

| | |
|---|---|
| Name / Nombre: | Justino Tellez |
| Address / Direccion: | 37-52 58 St, 1st floor |
| | Queens, Ny 11733 |
| Phone Number / Numero de Teléfono: | Michael Faillace & Associates, P.C. |
| Legal Representative / Abogado: | N/A |
| Other / Otro: | *(signature)* |
| Signature / Firma: | |
| Date / Fecha: | 8/18/08 |