**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

GONZALO GUZMAN, JUSTINO TELLEZ,          **07 CV  8064 (GWG)(LAP)**

ABEL HERNANDEZ, SALUSTRIO DE LOS

SANTOS, GILBERTO SANTOS, ARTURO

NAVARRO, JUAN CAMACHO, ALEJANDRO

SANTOS, and MIGUEL PAZ, *individually and on*

*behalf of others similarly situated*,

                                        *Plaintiffs*,          **CONSENT TO JOIN LAWSUIT**
                    -against-
                                                               **CONSENTIMIENTO**
ENERGY KITCHEN, INC., ENERGY KITCHEN          **PARA HACER**
SECOND AVENUE CORP., ENERGY                    **PARTE DE UNA DEMANDA**
KITCHEN-VILLAGE, INC., ENERGY
KITCHEN 57TH STREET, INC., ENERGY
KITCHEN-CHELSEA, INC., PINK
SHOELACES, INC., ANTHONY LEONE,

                                        *Defendants*.
------------------------------------------------------------X

TO:     Clerk of Court, Southern District of New York
          500 Pearl Street, New York, New York 10007

I hereby consent to join this lawsuit as a party plaintiff.
**(Yo, por medio de este documento, doy mi consentimiento para formar parte de la**
**demanda como uno de los demandantes.)**

Name / Nombre:                              Gonzalo Garcia Guzman

Address / Direccion:                        23-09 37 Ave., Apt. 3

                                            Astoria Queens  11101

Phone Number / Numero de Teléfono:          Michael Faillace & Associates, P.C.

                                            N/A

Legal Representative / Abogado:

              Other / Otro:

Signature / Firma:                          *Gonzalo Garcia*

Date / Fecha:

                                            8/18/08